EXHIBIT A

# David Fitzgerald

| | |
|---|---|
| **From:** | Craig Cote |
| **Sent:** | Tuesday, March 26, 2019 9:52 AM |
| **To:** | Frank Weiser |
| **Cc:** | Richard Avalos; Diana X. Lopez; David Fitzgerald; Tristan Jankowski; Joe Manning; Michael Manning; Osman M. Taher |
| **Subject:** | RE: Rutherford v Knights Inn (ADAA-019.087) Confidential Communication |

Frank,

You stated that you believed this case to settle.  To that end, I am awaiting your client's assent to settle at ▮▮▮▮▮▮.  Is this going to happen?

Thanks

Craig



Craig Côté
Of Counsel

Please note my new street address, below.  Only the street address has changed.  All other contact information remains the same.  Thank you.

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Direct: (949) 258-9744  • Office: (949) 200-8755 • Fax: (866) 843-8308
Craigc@manninglawoffice.com
www.ManningLawAPC.com

PLEASE NOTE: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by

mail, telephone, fax, or email does not establish an attorney-client relationship with either Manning Law, APC or any of its attorneys.  Thank you.

**From:** Craig Cote
**Sent:** Monday, March 18, 2019 8:18 AM
**To:** Frank Weiser <maimons@aol.com>
**Cc:** mmandel2@aol.com
**Subject:** Re: Rutherford v Knights Inn Tomorrow's Mediation

Frank

At this time I respectfully request that you engage Plaintiff in good faith negotiations.  The offer by plaintiff of a settlement in the amount of ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Please get ahold of me (at least) by email to try to resolve this case.  If you rather a phone call, then contact me after 9:30am.

Sincerely

Craig


Sent from my iPhone

On Mar 18, 2019, at 5:00 AM, Frank Weiser <maimons@aol.com> wrote:

> Dear Mr. Mandel:
>
> I cannot mediate on March 26th
> as I have a criminal trial that begins
> on March 19th. I also have a civil trial
> on March 22nd but that is most likely
> being continued.
>
> Sincerely,
>
> Frank A. Weiser
> Attorney at Law
>
> Sent from my iPhone
>
> Begin forwarded message:

2

# David Fitzgerald

| | |
|---|---|
| **From:** | Craig Cote |
| **Sent:** | Thursday, March 28, 2019 10:12 AM |
| **To:** | Frank Weiser |
| **Cc:** | Richard Avalos; Diana X. Lopez; David Fitzgerald; Tristan Jankowski; Joe Manning; Michael Manning; Osman M. Taher |
| **Subject:** | RE: Rutherford v Knights Inn (ADAA-019.087) Confidential Communication |
| **Attachments:** | DOJ announced Readily Achievable Remediation.docx; Factors to consider in determining if barrier removal is readily achievable.htm |

Frank,

Again I am asking that you respond to Plaintiff's offer to settle.





2

[REDACTED]

With respect, this case has been hanging for way too long. [REDACTED]

Thank you for your consideration.

Craig



Craig Côté
Of Counsel

Please note my new street address, below.  Only the street address has changed.  All other contact information remains the same.  Thank you.

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Direct: (949) 258-9744  • Office: (949) 200-8755 • Fax: (866) 843-8308
Craigc@manninglawoffice.com
www.ManningLawAPC.com

PLEASE NOTE: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s) or the confidentiality of the message(s) and/or attachment(s); (2) You do not become a client of Manning Law, APC or any of its attorneys unless you enter into a written agreement signed by you and Manning Law, APC.  The agreement must also spell out the scope of the work that is to be done. Simply sending an inquiry by

**David Fitzgerald**

| | |
|---|---|
| **From:** | David Fitzgerald |
| **Sent:** | Wednesday, May 01, 2019 5:48 PM |
| **To:** | 'maimons@aol.com' |
| **Cc:** | Michael Manning; Craig Cote; Diana X. Lopez |
| **Subject:** | Rutherford v Knight's Inn (ADAA-019.087) |

Frank,

I just left you a message. I wanted to reach out regarding our upcoming trial in this case. We need to submit joint jury instructions by 5/10/19, but I'd also like to see if your client is interested in settling instead of going through with trial.

V/R,

David M. Fitzgerald
Attorney

Please note my new street address, below.  Only the street address has changed.  All other contact information remains the same.  Thank you.



20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Office (949) 200-8755 • Direct (949) 630-0418 • Fax: (866) 843-8308
davidf@manninglawoffice.com • www.manninglawoffice.com

PLEASE NOTE: The information in this e-mail is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in it to anyone.  Please notify the sender by reply e-mail and delete the message.  Thank you.

# David Fitzgerald

| | |
|---|---|
| **From:** | Craig Cote |
| **Sent:** | Thursday, May 02, 2019 3:21 PM |
| **To:** | Frank Weiser |
| **Cc:** | David Fitzgerald; Michael Manning; Joe Manning; Linda Sanchez; Diana X. Lopez; Richard Avalos; Osman M. Taher |
| **Subject:** | RE: Rutherford v Knights Inn - Trial Needed??? (internal of ADAA-019.087) Confidential Communication |

Frank,

We have trial set for 5/28/2019.  Is this case one that you really desire to go to the mat, or are you amenable to trying to settle it before trial?  This office has made many and repeated calls and emails to you with no response whatsoever. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ However, we can avoid that issue if we can just sit down (figurerativity speaking) and talk about resolution.

Thank you for your consideration and timely response.

Craig



Craig Côté
Of Counsel


==Please note my new street address, below.  Only the street address has changed.  All other contact information remains the same.  Thank you==.


20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Direct: (949) 258-9744  • Office: (949) 200-8755 • Fax: (866) 843-8308
Craigc@manninglawoffice.com
www.ManningLawAPC.com

PLEASE NOTE: (1) This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is privileged, confidential and protected from disclosure.  If you have received this e-mail in error or are not the intended recipient, you may not use, copy or disclose this message or any information contained in or with it to anyone.  Should this occur, please notify the sender by reply e-mail and delete the message in its entirety.  The sender does not intend to waive and does not waive any privilege(s)

# David Fitzgerald

| | |
|---|---|
| **From:** | Craig Cote |
| **Sent:** | Tuesday, May 07, 2019 1:55 PM |
| **To:** | Frank Weiser |
| **Cc:** | David Fitzgerald; Michael Manning; Joe Manning; Linda Sanchez; Diana X. Lopez; Richard Avalos; Osman M. Taher |
| **Subject:** | RE: Rutherford v Knights Inn - Trial Needed??? (internal of ADAA-019.087) Confidential Communication |

Frank,

[redacted]

That said, we will be filing an Ex Parte to move the Pre Trial Conference and Trial date.  We need to hear from you immediately to meet and confer regarding this.  If we do not hear from you by 4:00 p.m., we are going to file same because your silence will be taken as your assent to same.

Sincerely,

Craig



Craig Côté
Of Counsel


Please note my new street address, below.  Only the street address has changed.  All other contact information remains the same.  Thank you.

20062 S.W. Birch St., Suite 200 • Newport Beach, CA 92660
Direct: (949) 258-9744  • Office: (949) 200-8755 • Fax: (866) 843-8308
Craigc@manninglawoffice.com
www.ManningLawAPC.com